IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAVIN COCO,

               Plaintiff,

v.

HELEN ZANE, individually,

               Defendant.

Civil Action No. 18-1902-GBW

## ORDER

AND NOW, this 25th day of March 2026 and for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Helen Zane's Second Motion for Summary Judgment (D.I. 109) is **DENIED** and Plaintiff Gavin Coco's Motion for Status Conference (D.I. 120) is **DENIED** as **MOOT**.

Given that Plaintiff's remaining claim in this action – Count I of the Amended Complaint (Violation of 42 U.S.C. § 1983 Based on Unlawful Detention as to Zane) is trial ready, IT ALSO IS HEREBY ORDERED that this case is scheduled for a three (3) day Jury Trial to begin on May 27, 2026, at 9:30 a.m., in Courtroom 6-B.  On May 20, 2026, the Court will hold a Pretrial Conference with counsel in Courtroom 6-B beginning at 2:00 p.m.  The Court will enter a separate Order setting forth additional applicable deadlines for filing the joint pretrial order and other required documents prior to the Pretrial Conference.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE